# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JASON YU, MEI YU, and JASON YU and MEI YU as trustees of the REVOCABLE TRUST AGREEMENT OF JASON YU & MEI YU dated May 12, 1992,<br><br>Defendants. | Case No. 2:14-CV-00215-APG-PAL<br><br>ORDER |

IT IS ORDERED that Plaintiff's unopposed Motion to Permit Filing of First Amended Complaint (Doc. #16) is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall detach and file separately the First Amended Complaint on or before August 15, 2014.

DATED this 29th day of July, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE