UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation,<br><br>      Plaintiff,<br><br>v.<br><br>JASON YU, an individual; MEI YU, an individual; JASON YU and MEI YU, as trustees of the REVOCABLE TRUST AGREEMENT OF JASON YU & MEI YU dated May 12, 1992,<br><br>      Defendants. | Case No.: 2:2014-cv-00215-APG-PAL<br><br>**ORDER AND DEFICIENCY JUDGMENT** |

  Subsequent to entering partial summary judgment (Dkt. #24), the Court held an evidentiary hearing to determine the fair market value of the property securing the loan at issue in this case. Testimony was received from Court-appointed appraiser Luke Adamo and plaintiff's representative Paul Peerboom. Having considered the testimony and good cause appearing, the Court finds and concludes as follows:

  1.  The relevant date for determining the deficiency judgment is the date of the filing of the Complaint in this action: February 10, 2014.

  2.  The Court previously ruled on summary judgment that the total indebtedness on February 10, 2014 was $1,500,879.98.

  3.  The fair market value of the property as of February 10, 2014 was $1,000,000.00.

  4.  As of February 10, 2014, the plaintiff was due $500,879.98.

  5.  The applicable interest rate as of February 10, 2014 was 8.425%.

  6.  Default interest in the amount of $78,778.56 accrued from February 10, 2014 to December 14, 2015.

/ / / /

BLACK & LOBELLO
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
702-869-8801 FAX: 702-869-2669

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of plaintiff National Loan Acquisition Company against Mei Yu in her individual capacity and in her capacity as trustee of the Revocable Trust Agreement of Jason Yu and Mei Yu dated May 12, 1992, in the amount of $579,685.54. Interest shall continue to accrue on this amount commencing December 14, 2015, at the contract annual rate of 8.425% until this amount is paid in full.

DATED this 8th day of February, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE