**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY,<br><br>          Plaintiff,<br><br>      v.<br><br>JASON YU, MEI YU, and JASON YU AND MEI YU as trustees of the REVOCABLE TRUST AGREEMENT OF JASON YU & MEI YU dated May 12, 1992,<br><br>          Defendants. | Case No. 2:14-CV-00215-APG-PAL<br><br>**ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT**<br><br>(ECF No. 47) |

      IT IS ORDERED that plaintiff National Loan Acquisitions Company's request for entry of judgment **(ECF No. 47) is GRANTED**.

      IT IS FURTHER ORDERED that the clerk of court shall enter final judgment consistent with ECF No. 43 as to defendant Mei Yu in her individual capacity and in her capacity as trustee of the Revocable Trust Agreement of Jason Yu and Mei Yu dated May 12, 1992.

      DATED this 28th day of February, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE